UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JOHN MORLEY**, individually and on behalf of all others similarly situated § § § § | |
| Plaintiff, § | Docket No. 4:15-cv-1809 |
| § | **JURY TRIAL DEMANDED** |
| v. § | |
| § | **COLLECTIVE ACTION** |
| § | **PURSUANT TO 29 U.S.C. § 216(b)** |
| **NINE ENERGY SERVICES, L.L.C.** § § | |
| Defendant. § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff John Morley, files this Certificate of Interested Parties, and would show as follows:

1. John Morley – Plaintiff;

2. Fibich, Leebron, Copeland, Briggs & Josephson- Plaintiff's Counsel;

3. Bruckner & Burch, P.L.L.C - Plaintiff's Counsel; and

4. Nine Energy Services, L.L.C. – Defendant.

Plaintiff will amend this Certificate of Interested Parties as additional parties are joined.

Respectfully submitted,

By: */s/ Jessica M. Bresler*
    Michael A. Josephson
    Fed. Id. 27157
    State Bar No. 24014780
    mjosephson@fibichlaw.com
    Jessica M. Bresler
    Fed Id. 2459648
    State Bar No. 24090008
    jbresler@fibichlaw.com
    Andrew Dunlap
    Fed Id. 1093163
    State Bar No. 24078444
    adunlap@fibichlaw.com
    Lindsay R. Itkin
    Fed Id. 1458866
    State Bar No. 24068647
    litkin@fibichlaw.com
    **FIBICH, LEEBRON, COPELAND,**
    **BRIGGS & JOSEPHSON**
    1150 Bissonnet
    Houston, Texas 77005
    713-751-0025 – Telephone
    713-751-0030 – Facsimile

    AND

    Richard J. (Rex) Burch
    State Bar No. 24001807
    Fed. Id. 21615
    **BRUCKNER BURCH, P.L.L.C.**
    8 Greenway Plaza, Suite 1500
    Houston, Texas 77046
    713-877-8788 – Telephone
    713-877-8065 – Facsimile
    rburch@brucknerburch.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 15th day of July 2015.

        /s/ *Jessica M. Bresler*
        Jessica M. Bresler