UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN MORLEY, individually And on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>NINE ENERGY SERVICES, L.L.C.<br><br>Defendant. | Docket No. 4:15-cv-01809<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. 216(b) |

# DEFENDANT NINE ENERGY SERVICE, L.L.C.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to this Court's Order for Conference and Disclosure of Interested Parties [Dkt. 3] and Federal Rule of Civil Procedure 7.1, Defendant Nine Energy Service, L.L.C. ("Defendant," misnamed as "Nine Energy Services, L.L.C." in Plaintiff's Collective Action Complaint) hereby discloses the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations and other entities that are financially interested in the outcome of this litigation:

1. John Morley, Plaintiff

2. Fibich, Leebron, Copeland, Briggs & Josephson, Counsel to Plaintiff

3. Bruckner Burch PLLC, Counsel to Plaintiff

4. Nine Energy Service, LLC, Defendant, whose parent company is Nine Energy Service, Inc. Neither Defendant nor its parent company is a publicly held corporation. No publicly held corporation owns 10% or more of the stock of Defendant or the stock of its parent company.

5. Vinson & Elkins LLP, Counsel to Defendant

Respectfully submitted,

*s/ Sean M. Becker*
SEAN M. BECKER (Attorney-in-Charge)
State Bar No. 24049657
Federal ID 602796
CHRISTIE M. ALCALÁ
State Bar No. 24073831
Federal ID 1450050
VINSON & ELKINS L.L.P.
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Telephone: 713.758.2646
Facsimile: 713.615.5129
*sbecker@velaw.com*
*calcala@velaw.com*

ATTORNEYS FOR DEFENDANT
NINE ENERGY SERVICE, LLC

## **CERTIFICATE OF SERVICE**

      I certify that on July 27, 2015, a true and correct copy of the foregoing Defendant's Certificate of Interested Parties and Corporate Disclosure Statement was filed electronically through the Court's CM/ECF System and automatically copied to all Counsel of Record.

                                          *s/ Sean M. Becker*
                                          Attorney for Defendant